FILED'10 SEP 29 08:28USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ASHLEY ELLWOOD,<br><br>                                Plaintiff,<br><br>v.<br><br>L.L. LOCKHART, PROJECT<br>CONSTRUCTION ENGINEER FOR<br>HAYWARD BAKER, INC., and HAYWARD<br>BAKER, INC., a Delaware Corp.,<br><br>                              Defendants. | Civil No. 07-6225-TC<br><br>O R D E R |

Magistrate Judge Coffin filed his Findings and Recommendation on September 1, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this 24 day of September, 2010.

                                                              Ann Aiken, United States District Judge

Order -- Page 1